

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00397-CV

IN RE CCPA ENTERPRISES, INC.
AND RICKEY CONRADT

RELATORS

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 348-237051-09

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relators' petition for writ of mandamus, relators' motion for temporary relief, and real party in interest's responses to the petition and to the motion. We are of the opinion that all relief should be denied. Accordingly, we lift our November 13, 2017 stay of the trial court's October 12, 2017 "Order to Distribute Interpled Funds," and we deny relators' petition for writ of mandamus.

PER CURIAM

PANEL:  KERR, J.; SUDDERTH, C.J.; and GABRIEL, J.

DELIVERED:  December 4, 2017

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).